UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-02338-ZLW-BNB

GEOFFREY FEY,

     Plaintiff,

v.

EFFICIENT FORMS, LLC,

     Defendant.

---

## ORDER OF DISMISSAL

---

     THIS MATTER comes before the Court upon the Stipulation of the Plaintiff Geoffrey Fey and the Defendant Efficient forms LLC, for a dismissal of the above-captioned action with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

     IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice, each party to pay their respective costs and attorney's fees.

     DATED this _27_ day of _____Aug._____, 2009.

BY THE COURT:

United States District Court Judge